**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ARMANDO ARCE,**

    **Plaintiff,**

**v.**                              **Case No. 3:24cv286-TKW-HTC**

**DAVID OBERLIESEN,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the official capacity claims against Defendant are barred by the Eleventh Amendment and the individual capacity claims are barred by judicial immunity.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's complaint is hereby **DISMISSED**.

3.    All pending motions are **DENIED as moot**.

4.      The Clerk shall enter judgment in accordance with this Order and close

this case.

**DONE and ORDERED** this 26th day of July, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**